558

William L. O'GRADY, Petitioner-Appellant, v. William H. HIATT, Warden, United States Penitentiary, Lewisburg, Pa.

No. 8528.

Circuit Court of Appeals, Third Circuit.

Submitted on Briefs May 15, 1944.

Decided May 22, 1944.

Appellant for himself.

Herman F. Reich, Asst. U. S. Atty., of Lewisburg, Pa., for appellee.

Before DOBIE and McLAUGHLIN, Circuit Judges, and KALODNER. District Judge.

PER CURIAM.

This is an appeal from an order of the District Court of the United States for the Middle District of Pennsylvania, 52 F. Supp. 213, denying the issuance of a writ of habeas corpus.

According to principles well settled in a long line of cases, we think the appeal is utterly lacking in merit.

The judgment of the District Court is affirmed.

Affirmed.

Albert L. OLSON, Trustee in Bankruptcy of Edward Weisbjerg, Trustee-Appellant, v. Edward WEISBJERG, Bankrupt-Appellee.

No. 413.

Circuit Court of Appeals, Second Circuit.

May 22, 1944.

Finke & Jacobs, of New York City (George Robert Cohen, of New York City, of counsel), for appellant.

Morris Miller, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed.